# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: TENNESSEE SEX OFFENDER REGISTRY | ) ) ) | NO. 3:26-cv-00300 |
| | ) | JUDGE CAMPBELL |

## ORDER

A status conference was held on July 8, 2026. Counsel for the Plaintiffs reported that they continue to evaluate jointly whether some or all of the claims could proceed either as a potential class action case or a consolidated case. Counsel advised they are leaning towards class action and are continuing to discuss potential class definitions. No class definitions or proposals have been shared with the counsel for Defendants at this point. However, counsel reported that positive talks have occurred between the parties. Counsel for the Defendants said that they are open to considering Plaintiffs' proposal, and discussed a test case model that could be complimentary to a class action or consolidated case.

Counsel for Plaintiffs have provided Defendants with a proposed preliminary injunction modeled after the injunction in *Doe #1-9 v. Lee*, 809 F. Supp. 3d 768, 790 (M.D. Tenn. 2025), currently on appeal at the Sixth Circuit. Counsel for the Defendants advised that they have not yet reviewed the proposed injunction, but are not objecting out of hand. Counsel for the Defendants also indicated that the TBI is considering whether it can modify its conduct so that an injunction would not be necessary. Both parties indicated that there is potential for an agreed injunction.

At this point, no meaningful discussions on the potential scope of discovery have occurred between the parties. Parties stated that they will continue discussions on these issues over the coming weeks.

The Court commends the parties on their collaborative efforts at this point, and encourages all parties to continue working together to streamline these issues and save resources for all involved. As discussed during the status conference, the parties shall file a joint status update on or before August 14, 2026. That update should include: (1) any agreed proposed injunction; (2) the status of discussions regarding the scope of discovery; and (3) the status of discussions regarding consolidation, via class action or otherwise, and potential test cases. If a proposed injunction cannot be jointly agreed upon, the parties should instead include the current standing of the discussion and explain in detail where the impasse lies.

The results of the questionnaire completed by the Plaintiffs will be emailed to all parties by the Court. To allow the parties to focus their attention on these discussions, any currently open case will be stayed and administratively closed.

The Clerk shall file a copy of this Order in all SORA Cases.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE